

# J. MEYERS, P.L.L.C
## Tactical Legal & Business Solutions

10055 Yamato Road, Suite 110
Boca Raton, FL 33498
561-886-8165
jmeyers@meyers-legal.com

*Proudly serving Florida, New York, & New Jersey*

October 20, 2020

Honorable Elizabth S, Stong
US Bankruptcy Judge
271 Cadman Plaza East
Suite 1595
Brooklyn, New York 11201

        Re: 20-42266  Peter J. Sturnialo
        Trustee's Motion to Extend

Dear Judge Stong:

    This will serve to confirm that I have reviewed the Motion to extend with my client and offer no opposition thereto.

Thank you,

Jay Meyers